**Order filed May 7, 2020**



**In The**

# Fourteenth Court of Appeals

——————————

**NO. 14-20-00044-CV**

——————————

**IN THE INTEREST OF G.M., A CHILD**

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2015-13128**

---

## ORDER

We have determined this case is appropriate for referral to mediation, an alternative dispute resolution process. Tex. Civ. Prac. & Rem. Code §§ 154.021—.073. Any party may file a written objection to mediation with the clerk of this court within **15 days** of the date of this order. *Id.* § 154.022. If this court finds there is a reasonable basis for the objection, the objection shall be sustained and the appeal will not be abated for mediation.

If no objection is filed, or if the court overrules the objection, the court will issue an order of abatement for a period of 90 days. If the case is referred to mediation, any party may file a motion to extend the abatement period for completion of mediation or to finalize a settlement.

PER CURIAM

Panel consists of Justices Christopher, Jewell, and Hassan.